**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:04CV46
(1:01CR45 & 3:01CR11-3)**

| | |
|---|---|
| **PHILIP B. GREER,** )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Respondent. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's request for a certificate of appealability.

An appeal may not be taken to the court of appeals from the denial of a motion pursuant to 28 U.S.C. § 2255 unless a certificate of appealability has been issued. **28 U.S.C. § 2253(c)(1)(B).** Such a certificate may not issue unless the applicant has made a substantial showing of the denial of a constitutional right. **28 U.S.C. § 2253(c)(2).** The Petitioner has not made such a showing.

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for a certificate of appealability is hereby **DENIED**.

**Signed: September 8, 2005**

Lacy H. Thornburg
United States District Judge